**DENY and Opinion Filed November 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01047-CV**

**IN RE RUSSELL WILSON II, IN HIS OFFICIAL CAPACITY AS ATTORNEY PRO TEM FOR THE STATE OF TEXAS, DALLAS COUNTY, TEXAS, Relator**

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00719**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is relator's October 5, 2022 petition for writ of mandamus in which he challenges the trial court's (1) Order Relating to Attorney Pro Tem and (2) Order on Defense's Objection to the State Motion or Notice to Withdraw Intent to Consolidate.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Because relator has not submitted an adequate record, we are unable to conduct a meaningful review of his claims. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1).

Moreover, some of the documents included in the record are not certified by a trial court clerk or adequately sworn copies. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies). Accordingly, we deny the petition for writ of mandamus.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221047F.P05